# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

MICHAEL T. LANE

VERSUS

CHUNJING ZHANG

NO.  2024 CW 0096

**MAY 20, 2024**

---

In Re:   Chunjing Zhang, applying for supervisory writs, Family
Court in and for the Parish of East Baton Rouge, No.
221,723.

---

**BEFORE:   McCLENDON, HESTER, AND MILLER, JJ.**

   **WRIT DENIED.**

CHH
SMM

   **McClendon, J.,** concurs. The criteria set forth in **Herlitz
Const. Co., Inc. v. Hotel Investors of New Iberia, Inc.,** 396
So.2d 878 (La. 1981) (*per curiam*), are not met.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT